**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn on November 9, 2012

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By Daniel Reidy 9/4/13
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case: 1:13-cr-00251 |
| ) | Assigned To : Kollar-Kotelly, Colleen |
| ) | Assign. Date : 8/30/2013 |
| ) | Description: INDICTMENT (B) |
| v. ) | Case Related to: 03-cr-331 (CKK) |
| ) | |
| ) | 21 U.S.C. §§ 959, 960, 963 |
| ) | (Conspiracy to Distribute Five |
| ) | Kilograms or More of Cocaine, |
| ) | for Importation into the |
| ) | United States) |
| ) | |
| ) | 18 U.S.C. § 2 |
| ) | (Aiding and Abetting) |
| LUIS GABRIEL RODRIGUEZ SERPA, ) | |
| ) | 21 U.S.C. § 853 |
| Defendants. ) | 21 U.S.C. § 970 |
| ) | (Criminal Forfeiture) |

**INDICTMENT**

FILED IN OPEN COURT

AUG 30 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

From in or about May 2011, and continuing to in or about December 2011, the dates being approximate and inclusive, in the countries of Colombia, Guatemala, Mexico, the United States, and elsewhere, the defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and **LUIS GABRIEL RODRIGUEZ SERPA,** with each other and with others both known and unknown to the Grand Jury, did knowingly, intentionally, and willfully conspire to commit offenses against the United States, to wit: to knowingly and intentionally distribute five kilograms or more of a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that said controlled substances would be unlawfully imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a), and 960(b)(i)(B); all in violation of Title 21 United States Code, Section 963, and Title 18, United States Code, Section 2.

> (Conspiracy to distribute five kilograms or more of cocaine for importation into the United States in violation of Title 21, United States Code, Sections 959(a), 960(b)(1)(B) and 963, and aiding and abetting in violation of Title 18, United States Code, Section 2.)

## CRIMINAL FORFEITURE ALLEGATION

The United States hereby gives notice to the defendants that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

Said property includes, but is not limited to:

A sum of money equal to all proceeds the defendants obtained directly or indirectly as a result of the Title 21 offense charged in this Indictment, and all property used or intended to be used to facilitate such offense, that is, not less than a sum of money representing the amount of funds involved in the offense, and all interest and proceeds traceable thereto; in that such sum, in aggregate, was received by the defendants in exchange for the distribution of controlled substances or is traceable thereto. If any of the above-described forfeitable property, as a result

of any act or omission of the defendants,

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21, U.S.C. § 853(p) to seek forfeiture of any other property of the said defendants up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, Untied States Code, Sections 853 and 970.)

A True Bill.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Foreperson

_____
Arthur G. Wyatt
Chief
Narcotic and Dangerous Drug Section
Criminal Division

By: _____
Janet H. Turnbull, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, Northeast
Second Floor, East Wing
Washington, D.C. 20530